# Third District Court of Appeal

## State of Florida

Opinion filed December 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2178
Lower Tribunal No. 12-27465
_____

**Jose Gregorio Casado Gomez**,
Appellant,

vs.

**Maria Grazia Boldrin**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David Young, Judge.

Filler Rodriguez, LLP, and Catherine M. Rodriguez, for appellant.

Saltiel Law Group, and Moises A. Saltiel, and Matthew Carcano, for appellee.

Before FERNANDEZ, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.